JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRI ALVES, individually and on behalf of all others similarly situated,** | Case No. 2:17-cv-07813-AB-JEM |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| **ABLE LENDING, INC.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 22nd day of January, 2018.

_____
The Honorable André Birotte Jr.